■ CHARLES GORMAN, Respondent, v CARISTO CONSTRUCTION CORP., Appellant. (And Third-, Fourth- and Fifth-Party Actions.)—In a negligence action to recover damages for personal injuries, defendant appeals from an order of the Supreme Court, Kings County, entered January 18, 1978, which, *inter alia,* granted plaintiff's motion for leave to serve an amended complaint and bill of particulars. Order affirmed, with $50 costs and disbursements. The Special Term, under the circumstances, did not abuse its discretion in granting plaintiff-respondent's motion. Suozzi, J. P., Gulotta, Cohalan and Margett, JJ., concur.